IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VANTAGE MICRO LLC, | § |
| | § |
| Plaintiff, | § |
| | § W-19-CV-00581-RP |
| vs. | § |
| | § JURY TRIAL DEMANDED |
| MICROCHIP TECHNOLOGY INC., | § |
| | § |
| Defendant. | § |
| | § |

**DEFENDANT MICROCHIP TECHNOLOGY INC.'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS PRELIMINARY INVALIDITY CONTENTIONS**

Defendant Microchip Technology Inc. respectfully submits this unopposed request for leave to amend its preliminary invalidity contentions. Pursuant to the Court's Scheduling Order (Dkt. 43), Microchip served its preliminary invalidity contentions on July 16, 2020. On July 10, 2020—just six days before preliminary contentions were due—Microchip received over 3,300 pages of prior art documents from a third-party identified in the course of a diligent search for prior art. Microchip identified and produced these documents to Plaintiff in connection with its preliminary invalidity contentions, but was unable to complete review of the documents prior to serving its preliminary invalidity contentions. Microchip promptly amended its preliminary invalidity contentions based on these recently received documents and provided Plaintiff with a copy of its amended preliminary invalidity contentions on July 30, 2020. Plaintiff confirmed on August 5, 2020 that it does not oppose this request for leave.

Accordingly, Microchip respectfully requests the Court grant this request for leave and enter the Proposed Order submitted herewith.

Dated: August 6, 2020					Respectfully submitted,


							*/s/ Brian C. Banner*
							Brian C. Banner (TX Bar No. 24059416)
							bbanner@sgbfirm.com
							SLAYDEN GRUBERT BEARD PLLC
							401 Congress Ave., Suite 1650
							Austin, TX 78701
							tel: 512.402.3569
							fax: 512.402.6865
							*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of August, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                           */s/ Brian C. Banner*
                                           Brian C. Banner
                                           *Attorney for Defendant*